UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 13-1410 LJO SAB |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANT** (Doc. 8.) |
| vs. | |
| IN HEE KIJIMA, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action and all claims against defendant Stevens Creek-Deanza Family Partnership only. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated: __October 15, 2013__    __/s/ Lawrence J. O'Neill__
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28