1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,                                      CASE NO. CV F 13-1410 LJO SAB

                    Plaintiff,              **ORDER TO DISMISS CERTAIN**
                                         **DEFENDANT**
                                       (Doc. 8.)

      vs.

IN HEE KIJIMA, et al.,

                    Defendants.
_____/

     Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action and all claims against defendant Stevens Creek-Deanza Family Partnership only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

  Dated:   __**October 15, 2013**__              ____/s/ Lawrence J. O'Neill_____
                                           UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28