1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                          ) No.  1:13-cv-01410-SAB
                                          )
12         Plaintiff,                     ) **STIPULATION FOR DISMISSAL OF**
                                          ) **ACTION; ORDER**
13     vs.                                )
                                          )
14 IN HEE KIJIMA dba KIJIMA JAPANESE      )
   RESTAURANT, et al.,                    )
15                                        )
                                          )
16         Defendants.                    )
                                          )
17 _____)

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants In Hee Kijima dba Kijima Japanese Restaurant, Yukio Kijima dba Kijima Japanese Restaurant, and Nevada DeAnza Family Limited Partnership, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: February 10, 2014        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

Date: February 10, 2014        WILD, CARTER & TIPTON, APC

*/s/ Patrick J. Gorman*
Patrick J. Gorman
Attorneys for Defendants
In Hee Kijima dba Kijima Japanese Restaurant,
Yukio Kijima dba Kijima Japanese Restaurant, and
Nevada DeAnza Family Limited Partnership

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **February 10, 2014**

_____
UNITED STATES MAGISTRATE JUDGE